902

No. 80–852.   WIESNER v. WILLKIE FARR & GALLAGHER. Appeal from App. Div., Sup. Ct. N. Y., 2d Jud. Dept., dismissed for want of jurisdiction.

No. 80–5939.   SHAO FEN CHIN, ADMINISTRATOR v. ST. LUKE'S HOSPITAL CENTER ET AL.   Appeal from Ct. App. N. Y. dismissed for want of jurisdiction.

No. 80–853.   PENTHOUSE INTERNATIONAL, LTD., ET AL. v. RANCHO LA COSTA, INC., ET AL.   Appeal from Ct. App. Cal., 2d App. Dist.   Motion of Times Mirror Co. et al. for leave to file a brief as amici curiae granted.   Appeal dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–902.   FLEMING v. COURT OF APPEALS OF NEW YORK. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–5904.   SITTON v. TEXAS.   Appeal from County Ct. at Law No. 2, Travis County, Tex., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–906.   DAMASCUS COMMUNITY CHURCH v. CLACKAMAS COUNTY, OREGON.   Appeal from Ct. App. Ore. dismissed for want of substantial federal question.

No. 80–932.   SOUTHERN PACIFIC TRANSPORTATION CO. v. PUBLIC UTILITIES COMMISSION OF CALIFORNIA (CITY OF SALINAS, REAL PARTY IN INTEREST).   Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.